UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH F. LAHATTE III AND <br> LAHATTE LAW FIRM, L.L.C. | * <br> * <br> * | |
| *Plaintiffs,* | * <br> * | CIVIL ACTION |
| VERSUS | * <br> * | NO. 2:18-CV-02919-NJB-JCW |
| CLAIMS CONSULTING AND <br> CONTRACTING, L.L.C. AND <br> NADER ANTHONY ODEH | * <br> * <br> * <br> * | JUDGE NANNETTE <br> JOLIVETTE BROWN <br> <br> MAGISTRATE |
| *Defendants.* | * <br> * | JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION TO ENFORCE
SETTLEMENT AGREEMENT AND FOR ATTORNEY'S FEES**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs, Joseph F. LaHatte, III and LaHatte Law Firm, LLC, who respectfully submit this Motion to Enforce Settlement Agreement and for Attorney's Fees, as follows:

1.

On May 18, 2018, Plaintiffs, Joseph F. LaHatte III and LaHatte Law Firm, LLC, entered into and executed a settlement agreement with Defendants, Claims Consulting and Contracting, LLC and Nader Anthony Odeh (the "Settlement Agreement").

2.

The Settlement Agreement resolved all claims between the parties in the above-captioned matter, as well as all claims presently pending and all alleged soon-to-be-filed claims.

1

2

3.

Plaintiffs have recently learned, however, that Defendants now take the position that there is no settlement between the parties and Defendants disclaim the validity of the Settlement Agreement that they negotiated and signed.

4.

As a result, Plaintiffs request that this Court enforce the Settlement Agreement between the parties and award Plaintiffs attorney's fees and costs for having to file this Motion.

5.

Pursuant to this Court's Order dated June 14, 2018, Plaintiffs respectfully file the accompanying Memorandum In Support, as well as a copy of the Settlement Agreement (attached as Exhibit A) and settlement communications between the parties (attached as Exhibit B), under seal.

**[SPACE INTENTIONALLY LEFT BLANK]**

**WHEREFORE,** for the reasons fully expounded upon in the accompanying memorandum in support, which is filed under seal, Plaintiffs, Joseph F. LaHatte and LaHatte Law Firm, LLC, respectfully request that this Court grant the Motion to Enforce Settlement Agreement and for Attorney's Fees.

        Respectfully submitted,

        */s/ David P. Vicknair*
        David P. Vicknair, #34135
        Kassie Lee Richbourg, #37521
        **Scott, Vicknair, Hair & Checki, LLC**
        909 Poydras Street, Suite 1100
        New Orleans, Louisiana 70112
        T: (504) 684-5200
        F: (504) 613-6351
        david@svhclaw.com
        richbourg@svhclaw.com
        *Attorneys for Plaintiffs*

Dated: June 25, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        */s/ David Vicknair*
        David P. Vicknair