## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH F. LAHATTE III &** | * CASE NO.: 2:18-cv-02919 |
| **LAHATTE LAW FIRM, L.L.C.** | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| **VERSUS** | * JUDGE BROWN |
| | * |
| **CLAIMS CONSULTING AND** | * |
| **CONTRACTING, L.L.C. &** | * |
| **NADER ANTHONY ODEH** | * |
| | * MAGISTRATE JUDGE WILKINSON |
| *Defendants.* | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION TO DISMISS PURSUANT TO
### RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW INTO COURT, come Defendants Claims Consulting and Contracting, LLC ("CCC") and Nader Anthony Odeh ("Mr. Odeh") (collectively, "Defendants"), and respectfully submit this Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, requesting that this Court dismiss all claims brought by Plaintiffs Joseph F. LaHatte III and LaHatte Law Firm, L.L.C. (collectively, "Plaintiffs") against Defendants.

As explained in the attached memorandum, which is incorporated herein by reference, Plaintiffs' allegations fail to state a claim upon which relief may be granted under Rule 12(b)(6) because Plaintiffs' allegations fail to establish any of the prerequisites necessary to state a cause of action under the federal Racketeer Influenced and Corrupt Organizations Act ("RICO") 18 U.S.C. § 1962, *et seq*. At most, the Complaint recites a list of grievances related to purported "fraud" that not only are meritless, but fail to meet the pleading standard, which require particularity for fraud claims. Regardless, Plaintiffs fail to allege that the actions of Mr. Odeh

(and/or his alleged co-conspirators) constitute a "pattern of racketeering activity," that there was any agreement between or among the Defendants, or that Plaintiffs have sustained any legally cognizable injury and damages. Accordingly, Plaintiffs' RICO claims against Mr. Odeh fail as a matter of law and should be dismissed with prejudice, and this Court should similarly dismiss Plaintiffs' remaining state law claims asserted against the non-diverse Defendants in their entirety.

WHEREFORE, Defendants Claims Consulting and Contracting, LLC and Nader Anthony Odeh respectfully request that this Court grant their Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing all of Plaintiffs' RICO claims against Mr. Odeh with prejudice, and dismissing the remaining state law claims against Defendants in the captioned matter due to a lack of subject matter jurisdiction.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

BY: /s/ Brian M. Ballay
BRIAN M. BALLAY, T.A. (#29077)
MEGHAN E. CARTER (#35074)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: 504-566-5200
Facsimile: 504-636-4000

ATTORNEYS FOR DEFENDANTS,
CLAIMS CONSULTING AND
CONTRACTING, L.L.C. &
NADER ANTHONY ODEH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of June, 2018, I electronically filed the foregoing with the Clerk of Court using ECF system which sent notification of such filing to all counsel.

/s/ *Brian M. Ballay*
BRIAN M. BALLAY